

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00133-CV

Eric Jon **TERRY**,
Appellant

v.

Renee Ann **TERRY**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-16253
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: July 29, 2026

DISMISSED FOR WANT OF PROSECUTION

The clerk's and reporter's records in this case, which were originally due to be filed on May 29, 2026, have not been filed. Prior to that deadline, on March 10, 2026 and April 1, 2026, court reporter Amber-Rae Nino filed notifications of late record stating that the reporter's record had not been filed because appellant Eric Jon Terry had not paid her fee to prepare the record.

On April 22, 2026, a staff attorney for the Bexar County Civil District Courts notified this court that court reporters Amber-Rae Nino and Angela Young had filed a motion to require

appellant to prove his inability to afford costs. The trial court heard the court reporters' motion on May 14, 2026, and on June 8, 2026, it signed an order finding that appellant "is able to afford the costs of court, appeal and the preparation of the court reporters' record."

We therefore ordered appellant to, by July 2, 2026, file written proof in this court that he had: (1) paid or made arrangements to pay the district clerk's fee to prepare and file the clerk's record for this appeal; and (2) paid or made arrangements to pay Ms. Nino's and Ms. Young's fees to prepare the reporter's records for this appeal. We cautioned appellant that if he did not file written proof that he had paid or made arrangements to pay for the clerk's record, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

Appellant did not respond to our order. Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM